**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**STONIE CROUCH, III** **PLAINTIFF**

**V.** **CASE NO. 2:26-CV-2031**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 19) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated October 22, 2026, regarding Plaintiff's Motion for Attorney's Fees (Doc. 16). More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 16) is **GRANTED**, and Plaintiff is awarded the sum of **$5,858.80** in attorney's fees under the Equal Access to Justice Act, which represents 20.9 attorney hours in 2026 at an hourly rate $257.00, 1.1 paralegal hours in 2026 at a rate of $75.00, and $405 in costs for a filing fee.

**IT IS SO ORDERED** on this 6th day of November, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE